UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**24-20320-CR-ALTONAGA/REID**
CASE NO. _____

18 U.S.C. § 371
26 U.S.C. § 7206(2)

FILED BY ____MP____ D.C.

Jul 26, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

JUAN MENDIETA,

Defendant.
_____/

# INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

### Introduction

1.  Defendant **JUAN MENDIETA**, a resident of Miami-Dade County, Florida, was a tax return preparer.

2.  Individual 1, a resident of Miami-Dade County, Florida, was a tax return preparer.

3.  J&J Accounting International, Inc. ("J&J") was a Florida corporation located in Miami-Dade County, in the Southern District of Florida, that provided tax preparation and accounting services to taxpayer clients. **MENDIETA** was the president and director of J&J.

4.  Famous Accounting, Inc. ("Famous Accounting") was a Florida corporation located in Miami-Dade County, in the Southern District of Florida, that provided tax preparation and accounting services to taxpayer clients. **MENDIETA** was the president and director of Famous Accounting. Individual 1 was an officer and director of Famous Accounting.

5.  **MENDIETA** operated J&J and Famous Accounting as if they were one and the same.

6.  From on or about October 19, 2020, through on or about March 11, 2022, **MENDIETA** and Individual 1 opened and became authorized signers on various business bank accounts in the name of Famous Accounting in Miami-Dade County.

### Internal Revenue Service Procedures and Forms

7.  The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury, a department of the United States of America, which was responsible for enforcing and administering the tax laws of the United States.

8.  The IRS allowed individual taxpayers to file their tax returns electronically either individually or through a tax preparation business.

9.  The IRS permitted taxpayers to claim certain tax credits that lowered their tax liability, consequently increasing the amount of the refund due to them or decreasing the amount of taxes they owed.

10. The IRS Forms 1040, 1040-SR, and 1040-X (collectively, "Forms 1040") were standard forms that individuals used to file their annual federal income tax returns. This form contained a field, and referenced additional forms, that required individuals to disclose other income, including from businesses.

11. U.S. taxpayers used Schedule C, "Profit or Loss from Business" ("Schedule C") of their Form 1040, to report to the IRS income or losses from businesses they operated or professions they practiced as sole proprietors. These disclosures were used to ascertain how much the taxpayer owed in additional taxes, or alternatively, how much the taxpayer was due as a tax refund.

## COUNT 1
### Conspiracy to Defraud the United States
### (18 U.S.C. § 371)

1. The General Allegations section of this Information is re-alleged and incorporated by reference as if fully set forth herein.

2. From in or about January 2019, through in or about April 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JUAN MENDIETA,**

did knowingly and willfully combine, conspire, confederate, and agree with Individual 1 and other persons known and unknown to the United States Attorney to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the United States Department of Treasury, in the ascertainment, computation, assessment, and collection of revenue, that is, federal income taxes.

### OBJECT AND PURPOSE OF THE CONSPIRACY

3. It was the object and purpose of the conspiracy for **MENDIETA**, Individual 1, and their co-conspirators to unlawfully enrich themselves by aiding and assisting in the preparation of false tax returns containing false business losses and expenses that resulted in inflated federal tax refunds, which **MENDIETA** and Individual 1 directed and caused to be directed to business bank accounts controlled by **MENDIETA**, Individual 1, and their co-conspirators.

### MANNER AND MEANS

The manner and means by which **MENDIETA** and Individual 1 sought to accomplish the purpose and object of the conspiracy included, among other things, the following:

4. **MENDIETA** and Individual 1 prepared and caused to be prepared two versions of Forms 1040 and/or Schedules C for taxpayer clients of J&J and Famous Accounting.

3

5.     **MENDIETA** and Individual 1 provided one version of the Forms 1040 and/or Schedules C to the clients of J&J and Famous Accounting, and that version contained the tax information and bank account information actually provided to **MENDIETA** and Individual 1 by the clients. **MENDIETA** and Individual 1 did not file or cause to be filed this version of the Forms 1040 and/or Schedules C with the IRS.

6.     **MENDIETA** and Individual 1 thereafter electronically filed and caused to be filed a second version of the Forms 1040 and/or Schedules C with the IRS. The second version of the Forms 1040 and/or Schedules C claimed losses and expenses purportedly incurred by the taxpayers' businesses when, in truth and in fact, the taxpayers had not incurred the losses reflected on the Forms 1040 and/or Schedules C. Based on the false and fraudulent changes made to the second version of the tax returns, the taxpayers' returns reflected inflated tax refunds, to which the taxpayers were not entitled. The second version of the tax returns also directed the IRS to deposit refunds into business bank accounts controlled by **MENDIETA** and Individual 1, rather than into bank accounts of their clients.

7.     Without their clients' knowledge or authorization, **MENDIETA** and Individual 1 diverted and caused to be diverted portions of the clients' false and fraudulently inflated tax refunds into business bank accounts controlled by **MENDIETA**, Individual 1, and their co-conspirators.

8.     **MENDIETA** and Individual 1 classified these proceeds as tax preparer fees.

## OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, **MENDIETA** and Individual 1 committed and caused to be committed the following overt acts, among others, in the Southern District of Florida, and elsewhere.

1. On or about March 18, 2021, **MENDIETA** provided and caused to be provided to V.G. a copy of his or her 2020 tax return that **MENDIETA** represented would be filed with the IRS, which reflected a federal tax refund amount of approximately $4,847.

2. On or about April 1, 2021, **MENDIETA** provided and caused to be provided to A.M. a copy of his or her 2020 tax return that **MENDIETA** represented would be filed with the IRS, which reflected a federal tax refund amount of approximately $30,195.

3. On or about April 12, 2021, on behalf of taxpayer client V.G., **MENDIETA** filed and caused to be filed with the IRS a false and fraudulent Form 1040, along with a Schedule C, for tax year 2020, which reflected a federal tax refund amount of approximately $14,797.

4. On or about May 3, 2021, on behalf of taxpayer client A.M., **MENDIETA** filed and caused to be filed with the IRS a false and fraudulent Form 1040, along with a Schedule C, for tax year 2020, which reflected a federal tax refund amount of approximately $38,115.

5. On or about February 15, 2022, **MENDIETA** and Individual 1 provided and caused to be provided to A.P.R. a copy of his or her 2021 tax return that **MENDIETA** and Individual 1 represented would be filed with the IRS, which reflected a federal tax refund amount of approximately $3,593.

6. On or about February 17, 2022, **MENDIETA** and Individual 1 provided and caused to be provided to S.B. a copy of his or her 2021 tax return that **MENDIETA** and Individual 1 represented would be filed with the IRS, which reflected a federal tax refund amount of approximately $2,305.

7. On or about March 14, 2022, on behalf of taxpayer client S.B., **MENDIETA** and Individual 1 filed and caused to be filed with the IRS a false and fraudulent Form 1040 and

Schedule C for tax year 2021, which reflected a federal tax refund amount of approximately $10,782.

8. On or about March 28, 2022, on behalf of taxpayer client A.P.R., **MENDIETA** and Individual 1 filed and caused to be filed with the IRS a false and fraudulent Form 1040 and Schedule C for tax year 2021, which reflected a federal tax refund amount of approximately $9,400.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-5
### Aiding and Assisting the Preparation of False Tax Returns
### (26 U.S.C. § 7206(2))

1. The General Allegations section of this Information is re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JUAN MENDIETA,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return, Form 1040, for the tax year and taxpayer specified in each count below, which was false and fraudulent as to a material matter, in that it understated income and represented that the taxpayer was entitled to receive the tax refund specified as to each count below, whereas, as the defendant then and there well knew, the taxpayer was not entitled to receive the tax refund:

| Count | Taxpayer | Tax Year | False and Fraudulent Entries (Approximate Amount) |
|---|---|---|---|
| 2 | V.G. | 2020 | Other income from Schedule 1, line 8 (-$54,920)<br>Total income, line 9 ($40,153)<br>Taxable income, line 15 ($19,853)<br>Refund amount, line 35a ($14,797) |
| 3 | A.M. | 2020 | Other income from Schedule 1, line 8 (-$135,524)<br>Total income, line 9 ($54,392)<br>Taxable income, line 15 ($41,992)<br>Refund amount, line 35a ($38,115) |
| 4 | A.P.R. | 2021 | Other income from Schedule 1, line 8 (-$55,915)<br>Total income, line 9 ($9,906)<br>Total tax, line 24 ($304)<br>Total other payments and refundable credits, line 32 ($1,281)<br>Refund amount, line 35a ($9,400) |
| 5 | S.B. | 2021 | Other income from Schedule 1, line 8 (-$58,000)<br>Total income, line 9 ($21,886)<br>Taxable income, line 15 ($7,636)<br>Total tax, line 24 ($763)<br>Refund amount, line 35a ($10,782) |

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

KATHERINE W. GUTHRIE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Juan Mendieta,

_____/
Defendant.

CASE NO.: 24-20320-CR-ALTONAGA/REID

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take  0  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)
   I   ☒ 0 to 5 days            ☐ Petty
   II  ☐ 6 to 10 days           ☐ Minor
   III ☐ 11 to 20 days          ☐ Misdemeanor
   IV  ☐ 21 to 60 days          ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
KATHERINE W. GUTHRIE
Assistant United States Attorney
Court ID No.   A5502786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Juan Mendieta

**Case No**: _____

Count #: 1

Conspiracy to Defraud the United States

Title 18, United States Code, Section 371
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 or twice the gross gain or loss**

Counts #: 2-5

Aiding and Assisting the Preparation of False Tax Returns

Title 26, United States Code, Section 7206(2)
* **Max. Term of Imprisonment: 3 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $100,000 or twice the gross gain or loss**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Juan Mendieta | ) | 24-20320-CR-ALTONAGA/REID |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   08/02/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Frank Gaviria
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States Chief Magistrate Judge Edwin G. Torres
*Judge's printed name and title*